■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL MENDEZ, Appellant.—Judgment of the Supreme Court, Queens County, rendered November 9, 1979, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPLR 460.50 (subd 5). Damiani, J. P., Titone, Mangano and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILMORE ROGERS, Appellant.—Appeal by defendant, as limited by his motion, from two sentences of the Supreme Court, Suffolk County, both imposed June 26, 1979. Sentences affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPLR 460.50 (subd 5). Gibbons, J. P., Rabin, Gulotta and Martuscello, JJ., concur.